IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01397-MSK-MEH

DARRELL STOFFELS,

    Plaintiff,

v.

CHRISTINE M. ARGUELLO, and
MICHAEL E. HEGARTY,

    Defendants.

---

## ORDER OF RECUSAL

---

**Michael E. Hegarty, United States Magistrate Judge.**

    Pursuant to 28 U.S.C. §455(b)(5)(i), a Magistrate Judge shall disqualify himself if "[h]e . . . is a party to the proceeding." As I am named as a Defendant in this lawsuit, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

    DATED at Denver, Colorado, this 25th day of June, 2010.

                              BY THE COURT:

                              *Michael E. Hegarty*

                              Michael E. Hegarty
                              United States Magistrate Judge