IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01397–MSK–KMT


DARRELL STOFFELS,

      Plaintiff,

v.

CHRISTINE M. ARGUELLO, and
MICHAEL E. HEGARTY,

      Defendants.

---

## ORDER OF RECUSAL

---

This matter has been assigned to me upon the recusal of Magistrate Judge Michael E. Hegarty on June 25, 2010. (Doc. No. 124.)

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Plaintiff initiated a separate but related Section 1983 action on April 14, 2010, in which I am a named defendant. *See* Civil Case No. 10-cv-00840-MSK-KMT. Upon the recusal of Magistrate Judge Hegarty, both that case and this case were drawn to me, most likely for efficiency purposes. Because I am a named Defendant in Plaintiff's other civil proceeding and

cannot be both a defendant and the magistrate judge assigned to the same case, I am recusing myself from that case. Consequently, in an effort to serve the ends of efficiency and justice, a new magistrate judge should be drawn for both this case and Case No. 10-cv-00840-MSK. Therefore, I hereby recuse myself from service in this matter as well. The Clerk of Court shall assign another magistrate judge to this case.

Dated this 30th day of June, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge