IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01397-MSK-MJW

DARRELL STOFFELS,

    Plaintiff,

v.

CHRISTINE M. ARGUELLO, and
MICHAEL E. HEGARTY,

    Defendant.

---

**ORDER GRANTING MOTION TO STAY DISCOVERY, TO EXTEND THE DEADLINES TO RESPOND TO COMPLAINT, AND TO VACATE OR, IN THE ALTERNATIVE, TO RESET THE SCHEDULING CONFERENCE**
( Docket  No. 25 )

---

This matter is before the Court on Defendant's Motion to Stay Discovery, to Extend the Deadlines to Respond to Complaint, and to Vacate, or in the Alternative, to Reset the Scheduling Conference. For the reasons set forth in the motion, the Court finds that it should be GRANTED. Discovery is stayed in this matter and the Scheduling Conference set for December 2, 2010, at 9 a.m., is vacated. If the United States of America is substituted as the Defendant in this action for the claims against United States District Judge Christine M. Arguello and United States Magistrate Judge Michael E. Hegarty, the United States shall respond to the Complaint within 10 days of the Court's ruling on the motion to substitute (Doc. 13). If the United States is not substituted as the Defendant for the claims against United States District Judge Christine M. Arguello and

United States Magistrate Judge Michael E. Hegarty, those Defendants shall respond to the Complaint within 60 days after they are personally served.

DATED this 17th day of November, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO